FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

FEB 2 1 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　DEPUTY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jewel Griffin

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

State of Texas

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 7:19-CV-053

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑ Yes  ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                     Jewel Griffin
Street Address           105 SW Ave H
City and County          Seminole TX 79360
State and Zip Code
Telephone Number         903-767-6888 or 432-209-8728
E-mail Address           Shiningdiamond39@gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name      State of texas (Complete)

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

USC 18 , 1963

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* Jewel Griffin , is a citizen of the State of *(name)* Texas .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.     If the defendant is a corporation

The defendant, *(name)* The State of texas is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* Texas .

Or is incorporated under the laws of *(foreign nation)* USC 18 - 1963 ,

and has its principal place of business in *(name)* Texas .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

4.5 million

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Daingerfield Police Ignored Stalking Harrassment and assault, Austin, Corpus Christi, longview, Carthage, Henderson, Dallas, mountpleasant, Lubbuck, oddessa, Seminole, TX, Child abuse and Rape CPS and Department of Justice, FBI agents as well. I Have been Repeatededly Raped and beatened, assaulted, stalked and Harrassed, Threats to kill my Childrer Harrassed by Police. I believe in an Effort to Cover Killin my children.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. foR federal and Criminal Charges to be brought on the organized crime ring and to gain everything I Have lost in these 5 years Going on 6 of torture. 4.5 million and to Have to pay foR counseling.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      2-13-19

Signature of Plaintiff      Jewel Griffin

Printed Name of Plaintiff      Jewel Griffin

### B.      For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____

Attachment 10 - Motion

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
__midland/oddessa__ **DIVISION**

PLAINTIFF _Jewel Griffin_

v.

CASE NUMBER
_7:19-cv-053_

DEFENDANT(S)
_State of texas_

MOTION FOR _To be Heard before Judge Hearing_

Now comes _Jewel Griffin_ ,

Plaintiff *pro se*, and requests the Court to: _be Heard from a federal Judge in This matter. My complaint is against Police, FBI, CPS (in The State of texas and I Have been blocked from a Judge Hearing and understanding my Story._

Date: _2-13-19_ _____

Signature

Address: _105 Sw Ave H_
_Seminole, TX 79360_

Phone: _432-209-7828_
OR
_903-767-6888_

50

**Rev. Ed. October 26, 2017**

*PRESS FIRMLY TO SEAL*

PRESS FIRMLY TO SEAL

  

U.S. POSTAGE PAID
PM 2-Day
SEMINOLE, TX
79360
FEB 19, 19
AMOUNT

**$7.35**

R2305E124963-01

1006      79701

EXPECTED DELIVERY DAY:   02/21/19

## USPS TRACKING NUMBER



**9505 5115 0683 9050 1640 96**

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 **$** INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: Griffin
105 SW Ave H
Seminole TX 79360

**RECEIVED**

FEB 21 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

TO:

US District Court Federal
200 E Wall St # 222
Midland TX, 79701

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipm violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights r

This envelope is made from post-consumer waste. Please recycle - again.



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES**
**POSTAL SERVICE.**